| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>SO. CAL. EQUAL ACCESS GROUP<br>Jason J. Kim (SBN 190246)<br>101 S. Western Avenue, Second Floor<br>Los Angeles, CA  90004<br>Phone:  (213) 252-8008<br>Fax:  (213) 252-8009 | |
| ATTORNEY(S) FOR:  CAMERON HARRELL | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON HARRELL<br><br>Plaintiff(s),<br>v.<br>JUAN POLLO, INC.; ALBERT RYO OKURA; and DOES 1 to 10<br><br>Defendant(s) | CASE NUMBER:<br><br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _CAMERON HARRELL_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| CAMERON HARRELL | Plaintiff |
| JUAN POLLO, INC. | Defendant/Business Owner |
| ALBERT RYO OKURA | Defendant/Property Owner |

| | |
|---|---|
| 2/6/2024<br>Date | /s/  Jason J. Kim<br>Signature |

Attorney of record for (or name of party appearing in pro per):

CAMERON HARRELL